UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>**Plaintiff,**<br><br>v.<br><br>**KURT A. DAVIS,**<br><br>and<br><br>**JENNIFER M. DAVIS,**<br><br>**Defendants,**<br><br>**BREAD OF LIFE MINISTRIES SHELTER,**<br><br>and<br><br>**STATE OF MAINE REVENUE SERVICES,**<br><br>**Parties-in-Interests** | CASE NO. **1:25-cv-00257-SDN** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from February 27, 2026, to March 13, 2026, as follows:

1. Plaintiff moved for entry of default against Kurt A. Davis and Jennifer M. Davis ("Defendants") on August 8, 2025. This Court entered an order granting Default against Defendants on the same day.

2. Since August 8, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original,

- 2 -

signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to March 13, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to March 13, 2026, the period within which it may file a motion for default judgment with supporting documentation in this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

Dated at Portland, Maine this February 27, 2026.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff
United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I, Kevin J. Crosman, Esquire hereby certifies that on February 27, 2026, I served the above Motion upon the parties by Electronic Court Notification of Filing and by mailing a copy of the same to the listed parties at the following addresses by first class mail, postage prepaid:

Kurt Davis
24 Unity Road,
Benton, ME 04901

Jennifer Davis
24 Unity Road
Benton, ME 04901

Bread of Life Ministries Inc.
157 Water Street
Augusta, ME 04330

- 3 -

Dated at Portland, Maine this February 27, 2026.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff