UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Plaintiff,<br><br>v.<br><br>KURT A. DAVIS and JENNIFER M. DAVIS,<br><br>Defendants,<br><br>and<br><br>BREAD OF LIFE MINISTRIES, INC., and STATE OF MAINE, MAINE REVENUE SERVICES,<br><br>Parties-in-Interest. | ) | 1:25-cv-00257-SDN |

**JUDGMENT OF FORECLOSURE AND SALE**

**Address: 490 Morrill Road, Winslow, Maine 04901**
**Mortgage: August 18, 2006**
**Book 9032, Page 331 of Kennebec County Registry of Deeds**

This matter came before the Court on August 20, 2026, for a testimonial hearing on Plaintiff United States Department of Agriculture's ("USDA") Motion for Default Judgment, ECF No. 24. ECF No. 50. USDA was present, represented by Stephean C. Chute, Esq., who appeared by Zoom. Defendant Kurt A. Davis appeared. Defendant Jennifer M. Davis and the parties-in-interest did not appear. The Court granted default judgment. **JUDGMENT** on Foreclosure and Sale (Count I) is hereby **ENTERED** as follows:

1. The following is a breakdown of the amount due and owing as of August 20, 2026:

| **Description** | **Amount** |
|---|---|
| Principal, interest, and escrow as of 12/10/24 | $135,346.55 |

| | |
|---|---|
| Interest between 12/10/24 and 8/20/26 | $13,703.90 |
| Other Fees | $99,127.43 |
| Costs | $1,073.57 |
| Grand Total | $249,251.45 |

2. Pre-judgment interest continues to accrue on the principal portion of this balance at the Note rate of 6.25% per year, or $22.1746 per day, from August 20, 2026, through the date of this Judgment.

3. If Defendants or their heirs or assigns pay USDA the amount adjudged due and owing ($249,251.45) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, USDA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.

4. If Defendants or their heirs or assigns do not pay USDA the amount adjudged due and owing ($249,251.45) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Property shall terminate, and USDA shall conduct a public sale of the Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $249,251.45 after deducting the expenses of the sale, with any surplus to Defendants or their heirs or assigns, in accordance with 14 M.R.S.A. § 6324.

5. In the event that Defendants, and anyone occupying the premises, do not vacate the property upon termination of their right to possession, USDA may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

6. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.
7. USDA is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S.A. § 2401(3).
8. The order of priority of the claims of the parties who have appeared in this action is as follows:

FIRST: USDA, pursuant to the subject Note and Mortgage, in the above amounts plus accrued interest from August 20, 2026, through the date of this Judgment at the rate of $22.1746 per day, plus further legal fees and expenses incurred by the USDA, plus any amounts advanced by Plaintiff to protect its mortgage security including insurance premiums and real estate taxes.

SECOND: To State of Maine, Maine Revenue Services in the amount of $3,451.78, plus any accrued interest and fees through the date of sale, by virtue of that certain State of Maine Tax Lien dated January 5, 2024, and recorded on or about January 22, 2024, in the Kennebec County Registry of Deeds at Book 14964, Page 310;

THIRD: The surplus, if any, shall be paid to the clerk of this Court, who shall hold the surplus in escrow for 6 months for the benefit of Defendants, Defendants' successors, heirs or assigns and, if the

surplus remains unclaimed after 6 months, the clerk shall pay the surplus to the Treasurer of State to be credited to the General Fund until it becomes unclaimed under the Uniform Unclaimed Property Act, and report and pay it to the State in accordance with that Act, all as provided in 14 M.R.S.A. § 6324.

9. The post-judgment interest rate is 9.51%, pursuant to 14 M.R.S.A. § 1602-C.

10. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | United States Department of Agriculture<br>P.O. Box 66827<br>St. Louis, MO 63166. | Stephean C. Chute, Bar No. 6828<br>Braucher & Associates, PLLC<br>764 Chestnut Street, Suite 1<br>Manchester, NH 03104 |
| DEFENDANTS | Kurt A. Davis<br>24 Unity Road<br>Benton, ME 04986 | None of record |
| | Jennifer M. Davis<br>24 Unity Road<br>Benton, ME 04986 | None of record |
| PARTIES-IN-INTEREST | Bread of Life Ministries<br>157 Water Street<br>Augusta, ME 04330 | None of record |
| | State of Maine, Maine Revenue Services<br>51 Commerce Drive<br>Augusta, ME 04330 | John P. Burke, Bar No. 8425<br>Office of the Attorney General<br>Six State House Station<br>Augusta, ME 04333-0006 |

a) The docket number of this case is No. 1:25-cv-00257-SDN.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 490 Morrill Road, Winslow, Maine 04901, is set forth in Exhibit A to the Judgment.

d) The street address of the real estate involved is 490 Morrill Road, Winslow, Maine 04901. The Mortgage was executed by Defendants on August 18, 2006. The book and page number of the Mortgage in the Kennebec County Registry of Deeds is Book 9032, Page 331.

**SO ORDERED.**

Dated this 12th day of November, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**